Michael Joseph HARASYN, Plaintiff–Appellant,

v.

Gregory Edward KRAUSE; Kathleen Anne Krause; Betsy Lou Harasyn, Defendants–Appellees.

No. 14–3171.

United States Court of Appeals, Eighth Circuit.

Submitted: April 3, 2015.

Filed: April 8, 2015.

Michael J. Harasyn, New Hope, MN, pro se.

Betsy Lou Harasyn, Blaine, MN, pro se.

Robert Allan Manson, Jr., White Bear Lake, MN, for Defendants–Appellees.

Before BYE, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Michael Harasyn appeals the district court's[1] dismissal, for lack of subject matter jurisdiction, of his pro se complaint claiming his rights were violated in prior

---

[1]. The Honorable Michael J. Davis, Chief Judge, United States District Court for the District of Minnesota, adopting the report and recommendations of the Honorable Franklin

divorce and child-custody proceedings in state court. Upon consideration of Harasyn's arguments on appeal, and upon careful de novo review of the district court's dismissal, *see Edwards v. City of Jonesboro,* 645 F.3d 1014, 1017 (8th Cir.2011), we agree with the district court that it lacked subject matter jurisdiction, *see Exxon Mobil Corp. v. Saudi Basic Indus. Corp.,* 544 U.S. 280, 284, 125 S.Ct. 1517, 161 L.Ed.2d 454 (2005), and we find nothing improper in the proceedings below, *see* 28 U.S.C. § 636(b)(1); *Minn. Majority v. Manksy,* 708 F.3d 1051, 1056 (8th Cir. 2013).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

L. Noel, United States Magistrate Judge for the District of Minnesota.